■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ASPINALL, Appellant. [595 NYS2d 679] —Appeal from judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on February 6, 1991, withdrawn, with prejudice, and motion to withdraw appeal granted, with prejudice. No opinion. Concur—Sullivan, J. P., Wallach, Kupferman and Kassal, JJ.